UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN MILLERS MUTUAL
INSURANCE COMPANY, a/s/o AVON
STAR, LLC and 59 AVON, LLC,

    Plaintiff,

v.

LANCER INSURANCE COMPANY,

    Defendant.
_____/

Case No. 13-12892-PJD-RSW
Hon. Patrick J. Duggan

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED between counsel undersigned that the above-captioned action may be dismissed with prejudice and without costs as to any party.

By:/s/Bruce N. Moss
    Bruce N. Moss P36588
    Attorneys for Plaintiff
    2301 W. Big Beaver Rd.
    Suite 720
    Troy, MI 48084
    (248)458-0600
    brucem@bdlaw.us

By:/s/Stanley A. Prokop
    Stanley A. Prokop P19114
    Plunkett Cooney
    Attorneys for Defendant
    535 Griswold, Suite 2400
    Detroit, MI 48226
    (313) 983-4816
    sprokop@plunkettcooney.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN MILLERS MUTUAL
INSURANCE COMPANY, a/s/o AVON
STAR, LLC and 59 AVON, LLC,
    Plaintiff,

v.                                            Case No. 13-12892-PJD-RSW
                                               Hon. Patrick J. Duggan

LANCER INSURANCE COMPANY,
    Defendant.
_____/

## ORDER FOR DISMISSAL

At a session of said Court, held in the City of Detroit,
County of Wayne, State of Michigan
on: October 27, 2014.

PRESENT:   HONORABLE : PATRICK J. DUGGAN

This Court, having reviewed the Stipulation of counsel, and being duly advised in the premises,

IT IS HEREBY ORDERED that the above-captioned be, and is hereby, dismissed with prejudice and without costs to either party.

                              s/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated:  October 27, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 27, 2014, by electronic and/or ordinary mail.

                              s/Marilyn Orem
                              Case Manager